UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MORRIS,<br>        Plaintiff,<br>    v.<br>M. TAYLOR,<br>        Defendant. | Case No. 17-cv-01528-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk shall enter judgment accordingly, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 3, 2019

WILLIAM H. ORRICK
United States District Judge